AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BUFORD GERALD POSTON,

               Petitioner,

      **V.**

SANDI WEST, Warden,

               Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 126-55

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 24, 2026, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, and Petitioner's 28 U.S.C. § 2254 Petition is dismissed without prejudice.   Additionally, the Court denies Petitioner a Certificate of Appealability in this case, and Petitioner is not entitled to appeal in forma pauperis.  This case stands closed.

6/24/2026
_____
Date



John E. Triplett, Clerk of Court
_____
Clerk

_____
*(By) Deputy Clerk*

GAS Rev 10/2020